UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-CV-22162

LACHARMER WILSON,

    Plaintiff,

v.

MIAMI-DADE COUNTY,

    Defendant.

## NOTICE OF REMOVAL

Defendant Miami-Dade County, by and through undersigned counsel and pursuant to 28 U.S.C. § 1446, hereby removes this action from the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. The removal of this action is based upon the following:

### I.    BACKGROUND

On or about April 25, 2016, Plaintiff Lacharmer Wilson filed a civil action in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida, entitled Lacharmer Wilson v. Miami-Dade County Correctional and Rehabilitation Department, Case No. 2016-010427 CA 01 (the "State Court Action"). A full and complete copy of the State Court Action is attached hereto as *Exhibit A*. Plaintiff filed a Second Amended Complaint on May 2, 2018. In her Second Amended Complaint, Plaintiff asserted federal claims for the first time, and named Miami-Dade County as the new Defendant. *See Exhibit A*. Counts I, II, IV and V of Plaintiff's Second Amended

Complaint are brought pursuant to 42 U.S.C. § 1981 and 42 U.S.C. § 1983.

## II. FEDERAL QUESTION AND SUPPLEMENTAL JURISDICTION

This Court has original federal question jurisdiction over Counts I, II, IV and V of this action because claims arising under federal law are federal causes of action. *See* 28 U.S.C. § 1331. The Court also has supplemental jurisdiction over Count III, which re-alleges the same thirteen factual allegations contained in the federal counts, because it is so related to the federal claims that they form part of the same case or controversy. *See* 28 U.S.C. § 1367(a). The United States District Court for the Southern District of Florida also embraces the judicial circuit where the State Court Action is pending. *See* 28 U.S.C.A. § 1441(a).

**WHEREFORE**, Defendant hereby removes this action from the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida, to this Court. Pursuant to 28 U.S.C. § 1446(d), Defendant will provide written notice of the removal to the Plaintiff and file a copy of this Notice of Removal in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida.

DATE: May 31, 2018

Respectfully submitted,

ABIGAIL PRICE-WILLIAMS
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128

By: s/ Joni A. Mosely
Leona N. McFarlane, Bar No. 16501
Assistant County Attorney
Email: leona.mcfarlane@miamidade.gov
Phone: (305) 375-5151
Fax: (305) 375-5634
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I hereby certify** that on May 31, 2018 a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

                s/ Joni A. Mosely
                Assistant County Attorney

## SERVICE LIST

### CASE NO. 18-cv-22162

| **Counsel for Plaintiff** | **Counsel for Defendant** |
|---|---|
| Peter M. Hoogerwoerd, Esq. | Leona N. McFarlane |
| Nathaly Lewis, Esq. | Miami-Dade County Attorney's Office |
| Michelle Muskus, Esq. | Stephen P. Clark Center |
| Remer & Georges-Pierre, PLLC | 111 N.W. 1st Street, Suite 2810 |
| Courthouse Tower | Miami, Florida 33128 |
| 44 West Flagler Street Suite 2200 | Tel: (305) 375-5151 |
| Miami, FL 33130 | Fax: (305) 375-5634 |
| Tel: (305) 416-5000 | Email: leona.mcfarlane@miamidade.gov |
| Fax: (305) 416-5005 | |
| Email: pmh@rgpattorneys.com, | |
| nl@rgpatttorneys.com, | |
| mm@rgpattorneys.com | |